## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES J. FEENEY,** | : | **CIVIL ACTION NO.** |
| | : | **94-CV-6431♦** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CLASS ACTION** |
| | : | |
| **CAM-NET COMMUNICATIONS** | : | |
| **NETWORK, INC., ROBERT E.** | : | |
| **MOORE, MICHAEL J. R. GILLEY,** | : | |
| **and DARYL H.C. BUERGE,** | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| | : | |
| **JEFF DELINKO,** | : | **CIVIL ACTION NO.** |
| | : | **95-CV-593** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CLASS ACTION** |
| | : | |
| **CAM-NET COMMUNICATIONS** | : | |
| **NETWORK, INC., ROBERT E.** | : | |
| **MOORE, MICHAEL J. R. GILLEY,** | : | |
| **JAMIE STALLWOOD and DARYL H.** | : | |
| **C. BUERGE,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER APPROVING DISTRIBUTION OF THE NET SETTLEMENT FUND

**WHEREAS**, on May 14, 1996, this Court entered an Order and Final Judgment

approving the terms of the Stipulation and Agreement of Settlement filed February 29,

1995 (the "Stipulation") in the above-referenced class action; and

**WHEREAS**, this Court has directed the parties to consummate the terms of the Stipulation; and

**WHEREAS**, this Court has retained jurisdiction of this Action for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement and the processing Proofs of Claim and the distribution of the Net Settlement Fund to the Authorized Claimants.

**WHEREAS**, Plaintiffs' Counsel have not been reimbursed for out of pocket costs in the amount of $17,225.09 (the "Unreimbursed Costs").

**NOW, THEREFORE**, upon consideration of Plaintiffs' Motion to Approve Distribution of the Net Settlement Fund (the "Distribution Motion") and papers in support thereof, and upon all prior proceedings heretofore had herein and after due deliberation, it is hereby

**ORDERED**, that the Unreimbursed Costs shall be paid to Plaintiffs' Counsel;

**ORDERED**, that the administrative determinations of Heffler, Radetich & Saitta LLP (the "Heffler firm"), the Claims Administrator, in accepting the claims as indicated on the Claimants Listing (attached as Exhibit B to the Distribution Motion) shall be and hereby are approved, and said claims are hereby accepted; and it is further

**ORDERED**, that the administrative determinations of the Heffler firm in rejecting the claims as indicated on the Claimants Listing shall be and hereby are approved, and said claims are hereby rejected; and it is further

**ORDERED**, the balance of the Settlement Fund after deducting the Unreimbursed Costs and the payments previously made, as described in the Distribution Motion and supporting papers, and as set forth in this Order (the "Net Settlement Fund"), and after

2

deducting any further reasonable expenses incurred in connection with the distribution to the Authorized Claimants, shall be distributed to the Authorized Claimants listed on the Claimants Listing in proportion to the recognized claim allocable to each such eligible claimant as shown on the Claimants Listing; and it is further

**ORDERED**, that the checks for distribution to the accepted claimants shall bear the notation "Non-Negotiable After 180 Days" and that no check shall be negotiated in the Settlement Fund more than 200 days after the date of the check. Plaintiffs' Counsel and the Heffler firm are authorized to take appropriate action to locate and or contact any Authorized Claimant who has not cashed his, her or its check within said time; and it is further

**ORDERED**, that 220 days after the initial distribution of the Net Settlement Fund to Authorized Claimants, and after appropriate and proportionate efforts to locate the distribute funds to the Authorized Claimants, Plaintiffs' Counsel and the Heffler firm shall pay any unclaimed monies remaining in the Net Settlement Fund to discharge any additional administrative expenses, with the remainder to be distributed to The Philadelphia Bar Foundation, a 501(c)(3) non-profit organization; and

**ORDERED**, that the costs of such services to locate and reissue checks to such claimants shall be payable from the unclaimed/uncashed monies remaining in the Net Settlement Fund; and it is further

**ORDERED**, that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration, taxation or distribution of the Settlement Fund or

3

the Net Settlement Fund, including specifically the Heffler firm, Plaintiffs and Plaintiffs' Counsel, are released and discharged from any and all claims arising out of such involvement, and all Class members, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund or the released persons hereunder beyond the amount allocated to them pursuant to this Order; and it is further

**ORDERED**, that the Heffler firm is hereby authorized to discard and destroy claim forms filed, along with all related correspondence and documents, 365 days after the initial distribution of the Net Settlement Fund to the Authorized Claimants, while retaining the Claimants Listing and the computer database (compiled from the claim forms and related correspondence) for a period of three years after the initial distribution of the Net Settlement Fund to the Authorized Claimants; and it is further

**ORDERED,** that in the event there are any moneys remaining in the Net Settlement Fund following all payments and disbursements as described above, such moneys shall be paid to The Philadelphia Bar Foundation; and it is further

**ORDERED**, that this Court retain jurisdiction over any further application or matter which may arise in connection with this action; and it is further

**ORDERED**, that no claim apart from those listed as accepted, in whole or in part,

on the Claimants Listing may be accepted for any reason whatsoever.

Dated:  $9/10/07$

BY THE COURT:

**HONORABLE ANITA BRODY**
**UNITED STATED DISTRICT JUDGE**

417072_04.wpd

*Copies via ECF on ___ to: Copies via USMail on ___ to:*

5